# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0619

_____

JESSE WILLIAMS,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

March 7, 2024


PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jesse Williams, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, and Rana Wallace, General Counsel, and Mark Hiers, Deputy General Counsel, Tallahassee, for Appellee.